IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| JERRY D. COLEMAN, #826916 | § | |
|---|---|---|
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 6:12cv871 |
| v. | § | |
| | § | |
| K. RYCE, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge John D. Love, who subsequently issued a Report and Recommendation that Plaintiff's action be dismissed with prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1). No objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. Accordingly,

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**.

All motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 30th day of May, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**